No. 849, Misc. SEYMOUR *v.* TEXAS. Court of Criminal Appeals of Texas. Certiorari denied.

No. 853, Misc. CAINS *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.

No. 854, Misc. ZERBA *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied. *Ernst Liebman, Donald Page Moore* and *Charles Liebman* for petitioner. ▇▇

No. 858, Misc. WOLF *v.* BOYD, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE, ET AL. C. A. 9th Cir. Certiorari denied. *John Caughlan* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for respondents.

No. 860, Misc. RHALL *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 862, Misc. TRUMBLAY *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States. ▇▇▇

No. 864, Misc. STICKNEY *v.* ELLIS, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied. *O. John Rogge* for petitioner. *Frank Brisco* and *Carl E. F. Dally* for respondent. ▇▇▇

No. 867, Misc. LEIGHTON *v.* SECURITIES AND EXCHANGE COMMISSION. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Walter P. North* and *David Ferber* for respondent.